PD-1376-15

PD-1376-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/22/2015 1:16:10 PM
Accepted 10/22/2015 2:10:11 PM
ABEL ACOSTA
CLERK

NO. _____

# In the Court of Criminal Appeals of Texas

Roel Alvarez Lopez,
*Appellant*

*v.*

State of Texas,
*Appellee*

ON PETITION FOR DISCRETIONARY REVIEW
FROM CAUSE NO. 13-13-00307-CR
IN THE THIRTEENTH COURT OF APPEALS,
REVIEWING CAUSE NO. CR-981-12-D
206TH JUDICIAL DISTRICT COURT OF HIDALGO COUNTY, TEXAS
HON. ROSE GUERRA REYNA PRESIDING

## FIRST <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Brandy Wingate Voss
State Bar No. 24037046
SMITH LAW GROUP, P.C.
820 E. Hackberry Ave.
McAllen, Texas 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

*Counsel for Appellant*

FILED IN
COURT OF CRIMINAL APPEALS

October 22, 2015

ABEL ACOSTA, CLERK

## IDENTITY OF PARTIES AND COUNSEL

| **Appellant** | **Counsel for Appellant** |
|---|---|
| Roel Alvarez Lopez | Brandy Wingate Voss<br>Smith Law Group, P.C.<br>820 E. Hackberry Ave.<br>McAllen, Texas 78501 |
|  | **Trial Counsel** |
|  | Hon. Manuel Luis Singleterry, now Judge of the 93rd District Court of Hidalgo County, Texas |

| **Appellee** | **Counsel for Appellee** |
|---|---|
| State of Texas | Glen Devino<br>Hidalgo County Criminal District Attorney's Office<br>Appeals Section<br>100 N. Closner, 3rd Floor<br>Edinburg, Texas 78539<br>glenn.devino@da.co.hidalgo.tx.us |
|  | **Trial Counsel** |
|  | Joaquin Zamora<br>State Bar No. 24003229<br>Victoria Muniz<br>State Bar No. 24074772<br>100 N. Closner, 3d Floor<br>Edinburg, Texas 78539 |

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant, Roel Alvarez Lopez, respectfully requests a thirty-day extension of time to file his petition for discretionary review. *See* TEX. R. APP. P. 68.2(c).

The Thirteenth Court of Appeals rendered its opinion and judgment in *Roel Alvarez Lopez v. The State of Texas*, No. 13-13-00307-CR on June 25, 2015. A motion for rehearing was timely filed and was overruled by the Court of Appeals on September 24, 2015. Appellant's petition for discretionary review is due on October 26, 2015 (the thirtieth day falls on a Saturday). TEX. R. APP. P. 68.2(a).

Appellant requests thirty additional days to file his petition for discretionary review, making the petition due on November 25, 2015. This is Appellant's first request for an extension of time. The undersigned counsel has conferred with counsel for the Appellee, Glen Devino, who does not oppose the relief requested in this motion.

The undersigned counsel is lead counsel for Appellant and solely responsible for drafting the petition for discretionary review. The demands of other cases have made this request necessary, and good cause exists for the extension. Specifically, the undersigned counsel has been occupied with the following:

- Preparing for and presenting oral argument in the Thirteenth Court of Appeals on October 15, 2015, in Cause No. 13-14-00456-CV, *Bos v. Smith et. al.*;

- Preparing for and presenting oral argument in the Thirteenth Court of Appeals on October 21, 2015, in Cause No. 13-14-00324-CV, *Double Diamond, Inc. et al. v. Alfonso et al.*;

- Drafting and filing a motion for new trial, filed on October 9, 2015, in Cause No. C-617-11-G, *Dale & Klein v. Said et. al.*, in the 370th District Court of Hidalgo County, Texas;

- Preparing for and attending a hearing on post-judgment enforcement on October 8, 2015, in Cause No. 09-6360-D, *Smith et. al. v. Bos et. al.*, in the 105th District Court of Nueces County, Texas;

- Preparing a motion for judgment notwithstanding the verdict for filing on October 8, 2015 in Cause No. 2010-CI-19384, *Doolittle v. Doolittle,* in the 224th District Court of Bexar County, Texas;

- Preparing for and attending a pretrial discovery hearing on October 1, 2015 in MDL Cause No. 15-0360, *In re Fraudulent*

*Hospital Lien Litigation*, in the 430th District Court of Hidalgo County, Texas;

- Preparing motions for summary judgment due on October 12, 2015 by court order in MDL Cause No. 15-0360, *In re Fraudulent Hospital Lien Litigation*, in the 430th District Court of Hidalgo County, Texas.

The foregoing substantial deadlines and obligations, nearly all of which could not have been extended, have prevented the undersigned counsel from preparing Appellant's petition for discretionary review before the deadline. This motion for extension of time is not sought for purposes of delay, but so that justice may be served.

For all the foregoing reasons, Appellant respectfully requests that the Court grant this unopposed request for a thirty-day extension, making his petition for discretionary review due November 25, 2015, and any further relief to which he may be justly entitled.

Respectfully submitted,

/s/ Brandy Wingate Voss
Brandy Wingate Voss
State Bar No. 24037046
SMITH LAW GROUP, P.C.
820 E. Hackberry Ave.
McAllen, TX 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

I certify that on October 22, 2015, I conferred with Glen Devino, counsel for Appellee, who informed me that the Appellee does not oppose the relief requested in this motion.

/s/ Brandy Wingate Voss
Brandy Wingate Voss

## CERTIFICATE OF SERVICE

I certify that on October 22, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document on the following counsel of record by electronic mail and/or by facsimile:

Glen Devino
Hidalgo County Criminal District Attorney's Office
Appeals Section
100 N. Closner, 3rd Floor
Edinburg, Texas 78539
glenn.devino@da.co.hidalgo.tx.us

Lisa C. McMinn
*State Prosecuting Attorney*
Office of State Prosecuting Attorney of Texas
P. O. Box 13046
Austin, Texas 78711-3046
Fax: (512) 463-5724

/s/ Brandy Wingate Voss
Brandy Wingate Voss